UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANNA KAPELLAN,

      *Plaintiff*,

  v.

JERSEY CITY MEDICAL CENTER, INC., et al.,

      *Defendants*.

No. 23-cv-00597 (MEF)(JSA)

<u>ORDER</u>

\*   \*   \*

United States Magistrate Judge Allen issued a Report and Recommendation, suggesting denial of the Defendants' motion to dismiss. <u>See</u> ECF 228.

The Report and Recommendation is thorough and well reasoned.

Objections to the Report and Recommendation were due on June 26.

The Defendants have filed an objection. <u>See</u> ECF 237. The Plaintiff <u>pro se</u> has not yet filed a response to the objection. <u>See</u> Fed. R. Civ. P. 72(b)(2). But there is no need for her to do so. This is because the Defendants' objections, though thoughtful, do not move the needle.

Against this backdrop, and in light of the standard of review here, <u>see</u> <u>Equal Emp. Opportunity Comm'n</u> v. <u>City of Long Branch</u>, 866 F.3d 93, 99-100 (3d Cir. 2017), the Court adopts the Report and Recommendation.

The motion to dismiss is denied.

IT IS on this 30th day of June, 2025, so **ORDERED**.

                                                        _____
                                                        Michael E. Farbiarz, U.S.D.J.